MARY KATE SULLIVAN (State Bar No. 180203)
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ETS SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. KRUG,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. WORLD SAVINGS BANK, FSB, ETS SERVICES, LLC and DOES ONE through TEN, inclusive,<br><br>    Defendants. | Case No.: 3:11-cv-05190-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiff EDWARD M. KRUG and defendant ETS SERVICES, LLC by and through its counsel, hereby stipulate that the above-captioned action be dismissed in its entirety and with prejudice as to ETS SERVICES, LLC, each party to bear their own costs.

[SIGNATURE ON NEXT PAGE]

**IT IS SO STIPULATED.**

DATED: November 16, 2011        EDWARD M. KRUG

By: _____
    Edward M. Krug

Plaintiff in pro per

DATED: November 17, 2011        SEVERSON & WERSON
                                A Professional Corporation

By: _____
    Thomas N. Abbott

Attorneys for Defendant
ETS SERVICES, LLC

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The entire action is hereby dismissed with prejudice as to ETS SERVICES, LLC, each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: 11/21/11                  _____
                                 HON. RICHARD SEEBORG

- 2 -

19000/1065/989120.1              STIPULATION AND [PROPOSED] ORDER DISMISSING
                                 ENTIRE ACTION WITH PREJUDICE