ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

*E-Filed 2/2312*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. KRUG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A., WACHOVIA MORTGAGE a division of WELLS FARGO BANK, N.A. WORLD SAVING BANK, FSB, ETS SERVICES, LLC, and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:11-5190-RS<br>[The Honorable Richard Seeborg]<br><br>ORDER RE: EXTENSION OF MEDIATION COMPLETION DATE |

Based on the stipulation of plaintiff Edward M. Krug and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A. f/k/a Wachovia Mortgage, FSB f/k/a/ World Savings Bank, FSB (sued separately as "Wachovia Mortgage, a division of Wells Fargo Bank, N.A." and "World Savings Bank, FSB") ("Wells Fargo") and GOOD CAUSE APPEARING, the mediation completion deadline is extended from March 26, 2012 to April 16, 2012.

Date: __2/22/12__

_____
Hon. Richard Seeborg
United States District Judge