UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. KRUG,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A., WACHOVIA MORTGAGE a division of WELLS FARGO BANK, N.A. WORLD SAVING BANK, FSB, ETS SERVICES, LLC, and DOES ONE through TEN, inclusive,<br><br>Defendants. | CASE NO.: 3:11-5190-RS<br>[The Honorable Richard Seeborg]<br><br>ORDER RE: SECOND EXTENSION OF MEDIATION COMPLETION DATE |

Based on the stipulation of plaintiff Edward M. Krug and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank, Southwest, N.A. f/k/a Wachovia Mortgage, FSB f/k/a/ World Savings Bank, FSB (sued separately as "Wachovia Mortgage, a division of Wells Fargo Bank, N.A." and "World Savings Bank, FSB") ("Wells Fargo") and GOOD CAUSE APPEARING,

(1) The mediation completion deadline is extended from April 16, 2012 to June 29, 2012.

(2) The hearing on Wells Fargo's motion to dismiss the Second Amended Complaint is set for May 31, 2012 at 1:30 p.m. in Courtroom 3 of the above-entitled Court.

Date: 3/23/12

_____
Hon. Richard Seeborg
United States District Judge